# CIVIL ACTIONS 3:03-0834 THROUGH 3:03-2019

DOCUMENT NO. 2:

MOTION by Western Southern, John Thabet, George Crump, Roger Shinn, Howard Parker, James Elias, Terry Shirley, Thomas S. Russell for Enlargement of Time to 8/29/03 to Answer or Otherwise Plead.

ORIGINAL DOCUMENT AND SCANNED IMAGE LOCATED IN:

CIVIL ACTION 3:03-0833
KAREN GRENNELL
V.
WESTERN SOUTHERN, ET AL.