# CIVIL ACTIONS 3:03-0834 THROUGH 3:03-2019

## DOCUMENT NO. 3:

ORDER Granting [2-1] motion for enlargement of time to 8/29/03 to answer or otherwise plead.

## ORIGINAL DOCUMENT AND SCANNED IMAGE LOCATED IN:

CIVIL ACTION 3:03-0833
KAREN GRENNELL
V.
WESTERN SOUTHERN, ET AL.