# CIVIL ACTIONS 3:03-0834 THROUGH 3:03-2019

DOCUMENT NO. 4:

NOTICE OF BANKRUPTCY AND AUTOMATIC STAY by Thomas S. Russell.

ORIGINAL DOCUMENT AND SCANNED IMAGE LOCATED IN:

CIVIL ACTION 3:03-0833
KAREN GRENNELL
V.
WESTERN SOUTHERN, ET AL.